IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CITY OF WARREN GENERAL ) <br> EMPLOYEES' RETIREMENT ) <br> SYSTEM, individually and on behalf of ) <br> all others similarly situated, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAYONIER ADVANCED ) <br> MATERIALS, INC., et al., ) <br> ) <br>    Defendants. ) | NO. 3:17-cv-01167 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE NEWBERN |

## ORDER

Pending before the Court are Defendants' Motion to Dismiss for Improper Venue or, Alternatively, to Transfer to The Middle District of Florida (Doc. No. 23), and Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss for Improper Venue or, Alternatively, to Transfer to the Middle District of Florida (Doc. No. 40). After Plaintiff filed an Amended Complaint naming an individual defendant who resides in this District, Defendants filed a Notice of Withdrawal of Rule 12(b)(3) (Doc. No. 46) withdrawing their request to dismiss this case, but persisting in their request to transfer. For the reasons set forth in the accompanying Memorandum, the Defendants' Motion to Transfer to the Middle District of Florida (Doc. No. 23) is **GRANTED.** The Clerk is directed to transfer this action to the United States District Court for the Middle District of Florida.

Also pending before the Court is Defendants' Motion for Leave to File Reply Brief (Doc. No. 45). The Motion is **GRANTED**, and the Clerk is instructed to file the attached Reply. The Court has considered the Reply in reaching its decision herein.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

2

Case 3:17-cv-01167   Document 55   Filed 06/14/18   Page 2 of 2 PageID #: 897